JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA COLLEEN MOTT, ) | Case No. 1:17-CV-00882-GSA |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____) | |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to March 19, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel has a significant backlog in her workload.

**Mott v. Berryhill**　　　　　　**Stipulation and Order**　　　　**E.D. Cal. 1:17-cv-00882-GSA**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 14, 2018
JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: February 14, 2018
MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

///
///
///
///
///
///
///
///

**Mott v. Berryhill**     **Stipulation and Order**     **E.D. Cal. 1:17-cv-00882-GSA**

# ORDER

Plaintiff shall file the Opening Brief in this matter no later than **March 19, 2018**. All other dates in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated: **February 16, 2018**          **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE

**Mott v. Berryhill**          **Stipulation and Order**          **E.D. Cal. 1:17-cv-00882-GSA**