MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DENA COLLEEN MOTT, ) | Civil No. 1:17-cv-00882-GSA |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED ORDER** |
| ) | **FOR A FIRST EXTENSION OF TIME** |
| v. ) | **FOR DEFENDANT TO FILE HER BRIEF** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Deputy Commissioner for Operations, ) | |
| performing the duties and functions not ) | |
| reserved to the Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 15 days to file her responsive brief. Defendant respectfully requests this extension of time because of a very heavy workload, and because of a preplanned upcoming weeklong vacation.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Friday, May 4, 2018.

                Respectfully submitted,

Date: <u>April 16, 2018</u>       FORSLUND LAW LLC

            By: <u>*/s/ Jacqueline Forslund\**</u>
               JACQUELINE FORSLUND
               *\* By email authorization on April 13, 2018*
               Attorney for Plaintiff

Date: <u>April 16, 2018</u>       MCGREGOR W. SCOTT
                  United States Attorney

            By: <u>*/s/ Michael K. Marriott*</u>
               MICHAEL K. MARRIOTT
               Special Assistant United States Attorney
               Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

### ORDER

Pursuant to the parties' stipulation, Defendant shall file an Opposition no later than May 4, 2018. Any Reply shall be filed within fifteen (15) days of the filing of any Opposition.

IT IS SO ORDERED.

 Dated:  **April 16, 2018**      **/s/ Gary S. Austin**
                   UNITED STATES MAGISTRATE JUDGE