UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA COLLEEN MOTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 1:17-cv-00882-GSA<br><br>**ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)**<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ENTER JUDGMENT FOR PLAINTIFF**<br><br>**Doc. 26** |

On June 25, 2019, the U.S. Court of Appeals vacated this Court's September 18, 2018 judgment in the above-captioned case and granted the parties' joint motion for full remand. *Mott v. Saul*, Doc. 22 (9th Cir. June 25, 2019) (No. 18-17225). The Court of Appeals directed this Court to reverse the prior administrative decision of the Commissioner of Social Security and remand the case to the Commissioner for further proceedings. *Id.*

Accordingly, it is hereby ordered that this case be REVERSED and REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with the parties' joint motion to the U.S. Court of Appeals for the Ninth Circuit. The Clerk of Court is directed to enter judgment in favor of Plaintiff, Dena Colleen Mott, and against Defendant, Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

　Dated: __June 28, 2019__　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE